(INND Rev. 1/21)                                                                                page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

MICHAEL A. WILSON
_____,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

STENGER & STENGER, PC
_____,
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number _3:22-cv-41_
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|-------------------------------|---------|
| 1 | *[Put the defendant named in the caption in this box.]* <br><br> STENGER & STENGER, PC <br> LAW FIRM FOR CACH, LLC <br> COLLECTION AGENCY | 2618 EAST PARIS AVE. SE <br> GRAND RAPIDS, MI. 49546 <br> 616-551-4194(W) |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? ____1____

2. What is your address? 1807 HURON ST.

ELKHART, IN. 46516

3. What is your telephone number: ( 574 ) 293-2703

4. Have you ever sued anyone for these exact same claims?

    ☑ No.

    ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Stenger & Stenger, PC is a law firm that represents a collection agency which has a judgment against me in Elkhart County Court #3(20D03-1909-CC-001970). Recently the law firm Stenger & Stenger committed perjury by filing erroneous documents to the court that states facts about me and this case which are clearly false.

2. On 01/13/2022 Stenger submitted a document titled "MINUTE ENTRY" which states that I failed to appear for a hearing on December 10, 2021. This submission to the court is not true, the record will show that Stengers attorney had previously filed motioned for the December 10, 2021 hearing to be vacated on October 27, 2021. To which the judge granted vacate motion on November 1, 2021. I received copies of motion and the judges Order granting the vacating of the December 10, 2021 hearing. This would be perjury to tell the court I did not appear for a hearing that had clearly been canceled at Stengers request according to the record.

3. It seems that Stenger & Stenger has a practice of obstruction, prior to the last incident they filed for a military backgrounds check regarding the same case. I remember receiving notice from the court that a military background check had been ran and a response had been issued. There are laws that prohibits anyone from conducting a backgrounds check on a person for official or professional reasons without consent. Once again the record will show I was never asked for or gave consent, this is a direct invasion of my personal privacy.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)                                                                          page 3

*Claims and Facts (continued)*

4. Immediately following their filing of the backgrounds check they filed notice to the court

titled " EXCLUSION OF CONFIDENTIAL INFORMATION". Was this notice filed because they knew

they were wrong for invading my privacy and making it public record?

Actual Case Documents: 1-5

## PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
    ☑ No.
    ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
            case number, file date, judgment date, and result of the previous case(s).

## RELIEF – If you win this case, what do you want the court to order the defendant to do?
I would like for justice to be served, with this law firm being held fully liable for their actions.

I would also like to be compensated for invasion of privacy /slander & punitive damages along

with case being fully dismissed with prejudice.

## FILING FEE – Are you paying the filing fee?
    ◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the
        defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the
        clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

    ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
        defendant about this case.

[*Initial Each Statement*]
*MAW* I will keep a copy of this complaint for my records.
*MAW* I will promptly notify the court of any change of address.
*MAW* I declare **under penalty of perjury** that the statements in this complaint are true.

_Michael A. Wilson_                                              _1·18·2022_
Signature                                                          Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*