AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL A WILSON,

        Plaintiffs

v.                                               Civil Action No. 3:22-cv-00041

STENGER & STENGER PC
Law firm for CACH LLC Collection Agency,

        Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller, Jr.

DATE:  January 19, 2022                          GARY T. BELL, CLERK OF COURT

                                                            By: s/ L. Higgins-Conrad
                                                                 *Signature of Deputy Clerk*